IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK P. SMITH, | No. C 07-4437 WHA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HUTTON, et al., | |
| Defendants. | |

The court has dismissed this prisoner in forma pauperis complaint. A judgment of dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: September   17   , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\SMITH,R4437.JUD.wpd