**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 15 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| RICK P. SMITH, | No. 07-17296 |
| --- | --- |
| Plaintiff - Appellant, | D.C. No. CV-07-04437-WHA |
| v. | Northern District of California, San Francisco |
| J. SILVA, #68223; et al., | |
| Defendants - Appellees. | ORDER |

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the November 30, 2007 notice of appeal was not filed or delivered to prison officials within 30 days from entry of the September 17, 2007 judgment. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional). Consequently, this appeal is dismissed for lack of jurisdiction.

PROSE

```
INTERNAL USE ONLY: Proceedings include all events.
07-17296 Smith v. Hutton, et al

RICK P. SMITH                        Rick P. Smith
    Plaintiff - Appellant            T-98778
                                     [NTC prs]
                                     SQSP - SAN QUENTIN STATE PRISON
                                     Inmate Mail
                                     San Quentin, CA 94974


    v.

J. SILVA, #68223                     No appearance
    Defendant - Appellee             No Address
                                     Generic Address
                                     City,

HUTTON, #70473                       No appearance
    Defendant - Appellee             (See above)

A. PERRY, Deputy, #71794             No appearance
    Defendant - Appellee             (See above)

W. ENGELSTAD, #64889                 No appearance
    Defendant - Appellee             (See above)

BEHRMANN, #70587                     No appearance
    Defendant - Appellee             (See above)

FOREMAN, Deputy, #68550              No appearance
    Defendant - Appellee             (See above)
```