UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 28 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICK P. SMITH,<br><br>    Plaintiff - Appellant<br><br>v.<br><br>J. SILVA, #68223; HUTTON, #70473; A. PERRY, #71794; W. ENGELSTAD, #64889; BEHRMANN, #70587; FOREMAN, #68550,<br><br>    Defendants - Appellees | No. 07-17296<br>D.C. No. CV-07-04437-WHA<br><br>**MANDATE** |

The judgment of this Court, entered 2/15/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk