**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 28, 2008

CASE NUMBER:   **CV 07-04437 WHA**
CASE TITLE:   **RICKY PAUL SMITH-v- HUTTON**
DATE MANDATE FILED:   04/02/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    *Susan Imbriani*

    by:  Susan Imbriani
    Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

              CRIMINAL   -   Counsel of Record
                               U.S. Marshal (Copy of Mandate)
                               U.S. Probation Office

NDC App-16
0